```
                    State of New York - Department of State
                              Receipt for Service

Receipt #:  201907220211                          Cash #: 201907220207
Date of Service:  07/11/2019                      Fee Paid: $40 - DRAWDOWN
Service Company:  HF TEITEL SERVICE BUREAU, INC. - HF

Service was directed to be made pursuant to:  SECTION 303 OF THE LIMITED
   LIABILITY COMPANY LAW

Party Served:  186 AVE B NY LLC


Plaintiff/Petitioner:
          JUSCINSKA, NATALIA



Service of Process Address:
186 AVE B NY LLC
632 BROADWAY, 7TH FLOOR
NEW YORK,  NY 10012
                                                    Secretary of State
                                                       By  SUE ZOUKY
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATALIA JUSCINSKA,

                                              Plaintiff,                    Civil Action No.: 19-cv-6288

      -against-

                                                                       AFFIDAVIT OF SERVICE

VERY THAI CORP. AND 186 AVE B LLC,

                                          Defendants.

---

State of New York)
                      SS.:
County of Albany)

Jeffrey Teitel, being duly sworn, deposes and says that deponent is over the age of eighteen years, is employed by the attorney service, TEITEL SERVICE BUREAU INC., and is not a party to this action.

That on the 11th day of July, 2019 at the office of the Secretary of State of New York in the City of Albany he served the annexed Summons in a Civil Action, Civil Cover Sheet and Complaint on **186 AVE B NY LLC** by delivering and leaving with _Sue Zouky_, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to section 303 of the Limited Liability Company Law.

Deponent further states that he knew the person so served as foresaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| __ Male | x White | __ Light | __ 20-30 | x 5'-5'5" | x 100-150 |
| x Female | __ Black | x Medium | __ 31-40 | __ 5'6"-6' | __ 151-200 |
|  | __ Other | __ Dark | __ 41-50 | __ 6'1"-6'5" | __ 200-250 |
|  |  |  | __ 51-60 | __ 6'6"+ | __ 250+ |
|  |  |  | x 61-70 |  |  |

Sworn to before me this 11th day of
July, 2019

_Hilary Teitel_
Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2021

_Jeffrey Teitel_
Jeffrey Teitel

```
                    State of New York - Department of State
                              Receipt for Service

Receipt #:  201907220205                        Cash #: 201907220201
Date of Service:  07/11/2019                    Fee Paid: $40 - DRAWDOWN
Service Company:  HF TEITEL SERVICE BUREAU, INC. - HF

Service was directed to be made pursuant to:   SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  VERY THAI CORP.


Plaintiff/Petitioner:
           JUSCINSKA, NATALIA




Service of Process Address:
VERY THAI CORP.
186 AVENUE B
NEW YORK,  NY 10009
                                                      Secretary of State
                                                         By  SUE ZOUKY
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

NATALIA JUSCINSKA,

                                  Plaintiff,                Civil Action No.: 19-cv-6288

        -against-                                            AFFIDAVIT OF SERVICE

VERY THAI CORP. AND 186 AVE B LLC,

                                  Defendants.
_____

State of New York)
              SS.:
County of Albany)

Jeffrey Teitel, being duly sworn, deposes and says that deponent is over the age of eighteen years, is employed by the attorney service, TEITEL SERVICE BUREAU INC., and is not a party to this action.

That on the 11th day of July, 2019 at the office of the Secretary of State of New York in the City of Albany he served the annexed Summons in a Civil Action, Civil Cover Sheet and Complaint on **VERY THAI CORP.** by delivering and leaving with Sue Zoulky, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to section 306 of the Business Corporation Law.

Deponent further states that he knew the person so served as foresaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| __ Male | x White | __ Light | __ 20-30 | x 5'-5'5" | x 100-150 |
| x Female | __ Black | x Medium | __ 31-40 | __ 5'6"-6' | __ 151-200 |
| | __ Other | __ Dark | __ 41-50 | __ 6'1"-6'5" | __ 200-250 |
| | | | __ 51-60 | __ 6'6"+ | __ 250+ |
| | | | x 61-70 | | |

Sworn to before me this 11th day of
July, 2019

                                                                    Jeffrey Teitel

Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2021